# United States District Court
WESTERN DISTRICT OF WASHINGTON

BRAD WALTERS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5394RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

the Court adopts the Report and Recommendation;

the ALJ erred in her decision as described in the Report and Recommendation; and

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

April 13, 2011  
Date

WILLIAM M. McCOOL  
Clerk

*s/CM Gonzalez*  
Deputy Clerk