U.S. District Court Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRAD WALTERS,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Case No. 3:10-cv-05394-RBL

ORDER FOR SUPPLEMENTAL EAJA ATTORNEY'S FEES PURSUANT TO 28 U.S.C. § 2412

THIS MATTER comes on regularly before this Court upon Plaintiff's motion to award supplemental EAJA attorney's fees pursuant to 28 U.S.C. § 2412, and supporting declaration. Plaintiff's prior motion for EAJA attorney's fees having been granted, and finding that Plaintiff incurred additional time defending his motion for EAJA attorney's fees, and that time spent in preparing an application for attorney's fees and expenses pursuant to the Equal Access to Justice Act are properly included, See Hicks v. Heckler, 756 F.2d 1022, 1025 (4th Cir. 1985); Correa v. Secretary of HHS, 587 F. Supp. 1216 (S.D. N.Y. 1984); Trichilo v. Secretary of HSS, 823 F.2d 702, 707-08 (2d Cir.

ORDER FOR SUPPLEMENTAL
EAJA ATTORNEY'S FEES PURSUANT
TO 28 U.S.C. § 2412 [3:10-cv-05394-RBL]
Page | 1

Halpern & Oliver, PLLC
810 3rd Avenue, Suite 307
Seattle, WA 98104
Telephone 206-622-1180
Fax 206-632-7155

1987), and the Court agreeing that supplemental EAJA attorney's fees should be awarded, now, therefore, it is hereby

ORDERED that supplemental EAJA attorney's fees of $1,733.09 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 U.S. 2521 (2010). If it is determined that Plaintiff's supplemental EAJA attorney's fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jon Erik Mueller, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Jon Erik Mueller, at 810 3rd Avenue, Suite 307, Seattle, WA 98104.

DONE IN OPEN COURT this 6th day of July 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

HALPERN & OLIVER, PLLC

/s/ Jon Erik Mueller
Jon Erik Mueller, WSBA #20632
Attorney for Plaintiff

ORDER FOR SUPPLEMENTAL
EAJA ATTORNEY'S FEES PURSUANT
TO 28 U.S.C. § 2412 [3:10-cv-05394-RBL]
Page | 2

Halpern & Oliver, PLLC
810 3rd Avenue, Suite 307
Seattle, WA 98104
Telephone 206-622-1180
Fax 206-632-7155