United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADWALTERS, | ) |
|            Plaintiff, | ) CIVIL NO. 3:10-cv-05394-RBL-KLS ) ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) ) |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) ) ) ) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Jon Erik Mueller is awarded an attorney's fee of $11,497.80 pursuant to 42 U.S.C. § 406(b), without reduction for EAJA fees of $4,731.25 and $1,733.09, because no EAJA fees were ever paid. When issuing the 42 U.S.C. § 406(b) check

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [3:10-cv-05394-RBL-KLS] - 1

Elie Halpern & Associates, PLLC
810 3rd Ave, Ste 307
Seattle, WA 98104
(206)622-1180 PH (206)732-7155 FX
jon@ssavalaw.com

for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the balance of $11,497.80, minus any applicable processing fees as allowed by statute.

DATED this 29th day of June, 2012.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

S/JON ERIK MUELLER
JONERIKMUELLER, WSB #20632
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [3:10-cv-05394-RBL-KLS] - 2

Elie Halpern & Associates, PLLC
810 3rd Ave, Ste 307
Seattle, WA 98104
(206)622-1180 PH (206)732-7155 FX
jon@ssavalaw.com